No. 72–6872. CONTE v. CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6879. BAILEY v. HOUSTON CHRONICLE PUBLISHING Co. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6908. GASCOIGNE v. NEBRASKA. Sup. Ct. Neb. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6924. SIMPSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6941. THUNDER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6967. PITMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–3. GOLDSTEIN ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–11. ASSOCIATED STUDENTS OF WESTERN KENTUCKY UNIVERSITY ET AL. v. DOWNING ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–14. ARCA ET UX. v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.